# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | | |
|---|---|---|---|
| Estate of MICHAEL SAMUELSON by STEPHANIE SAMUELSON, Personal Representative, | ) ) ) ) | | |
| Plaintiff, | ) ) | | |
| v. | ) ) | Cause No.: | 2:13-CV-440-JVB-PRC 2:15-CV-40-JVB-PRC |
| ARCELORMITTAL USA, LLC, | ) | | |
| Defendant. | ) | | |

## OPINION AND ORDER

This matter is before the Court on a Motion for Consolidation for Purposes of Certain Discovery [DE 31], filed on March 24, 2015. The motion seeks to consolidate this case with *Babjak v. KT-Grant, Inc., et al.* (2:15-CV-40) for the purpose of conducting about ten to twelve overlapping depositions. The Court issued an order on March 26, 2015, in which it found the request well taken in the main and took it under advisement in order to determine if discovery in this case could be extended in such a way that did not cause excessive delay and also ensured that the Babjaks were not prejudiced. The Court held a telephonic hearing on the issue on June 11, 2015, and an agreeable solution was arrived at. The Court accordingly **GRANTS** the Motion for Consolidation for Purposes of Certain Discovery [DE 31] and **ORDERS** that this case and *Babjak* be consolidated for the purpose of conducting the overlapping depositions *only*. The Court **INSTRUCTS** the parties to continue to file all future motions in both cases under separate cause numbers.

SO ORDERED this 16th day of June, 2015.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT